# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kayla Wefelmeyer, | Civil No. 17-172 (RHK/KMM) |
| Plaintiff, | **ORDER** |
| v. | |
| Bloomington Hooters, Inc., | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated August 2, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records, and proceedings herein, **IT IS ORDERED** that the Report and Recommendation (Doc. No. 38) is **ADOPTED** and this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 22, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge